UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

_____

| | |
|---|---|
| In Re:<br><br>Jessica R. Vialpando and<br>William T. Vialpando,<br><br>Debtors, | Bankruptcy Case<br>No. 10-41818-JDP |

_____

MEMORANDUM OF DECISION
_____

The Court has reviewed Trustee's Final Report, Dkt. No. 37, Trustee's Application for Compensation and Reimbursement of Expenses, Dkt. No. 40, and the Supplement to Trustee Fee Application, Dkt. No. 44, all filed by chapter 7 trustee R. Sam Hopkins ("Trustee"). On the basis of these submissions, the Court finds that reasonable compensation for Trustee's services as trustee in this case is $900.00. See 11 U.S.C. § 330(a); In re B&B Autotransfusion Services, Inc., 443 B.R. 543 (Bankr. D.Idaho 2011).

MEMORANDUM OF DECISION - 1

Reimbursement of all requested expenses will be approved.

If Trustee would like a hearing to submit additional information, evidence, or argument in support of his fee application, he should contact the Court's calendar clerk to schedule such a hearing, **provided, however, that if Trustee requests a hearing, he is hereby instructed to strictly comply with the Court's prior order, Dkt. No. 43, which required him to file a sworn affidavit in support of his requested compensation and expenses which includes an itemization setting for the date and time spent providing all services rendered by Trustee for which he seeks compensation.** If Trustee is willing accept said sum as compensation for his services, he may submit a revised Order approving the Final Report with the revised amount for trustee's compensation, which order may be entered without further notice or hearing.

Dated: April 12, 2012

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

MEMORANDUM OF DECISION - 2